No. 10-8183. Rochester Eugene Presley, Petitioner v. Ronald W. King, Superintendent, South Mississippi Correctional Institution.

562 U.S. 1274, 131 S. Ct. 1607, 179 L. Ed. 2d 507, 2011 U.S. LEXIS 2049.

March 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 10-8185. Durrell Anthony Puckett, Petitioner v. California.

562 U.S. 1274, 131 S. Ct. 1607, 179 L. Ed. 2d 507, 2011 U.S. LEXIS 1909.

March 7, 2011. Petition for writ of certiorari to the Supreme Court of California denied.

No. 10-8186. Stephen L. Nelson, Petitioner v. Virginia.

562 U.S. 1274, 131 S. Ct. 1607, 179 L. Ed. 2d 507, 2011 U.S. LEXIS 1975.

March 7, 2011. Petition for writ of certiorari to the Supreme Court of Virginia denied.

No. 10-8195. Anthony Wayne Johnson, Jr., Petitioner v. Enrique Guerrero.

562 U.S. 1274, 131 S. Ct. 1608, 179 L. Ed. 2d 507, 2011 U.S. LEXIS 1948.

March 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 10-8203. Walter Brown, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections.

562 U.S. 1274, 131 S. Ct. 1608, 179 L. Ed. 2d 507, 2011 U.S. LEXIS 1963.

March 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 10-8207. Edwin Cruz, Petitioner v. California.

562 U.S. 1274, 131 S. Ct. 1608, 179 L. Ed. 2d 507, 2011 U.S. LEXIS 1925.

March 7, 2011. Petition for writ of certiorari to the Court of Appeal of California, Second Appellate District, denied.

No. 10-8208. Tommy E. Banks, Petitioner v. Mississippi, et al.

562 U.S. 1274, 131 S. Ct. 1608, 179 L. Ed. 2d 507, 2011 U.S. LEXIS 2047.

March 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 10-8209. Gary Lynn Palmer, Petitioner v. George Trent, et al.

562 U.S. 1275, 131 S. Ct. 1608, 179 L. Ed. 2d 507, 2011 U.S. LEXIS 1916.

March 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 385 Fed. Appx. 332.